# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Gevara ,
(also known as "Jorge Galeas, Jr.")

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-354

Boyd Bennett, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2011 Order.

                                      Signed: September 28, 2011

*Frank G. Johns, Clerk*
*United States District Court*